County Board of School Trustees of Marshall County, Illinois, Community Unit School District No. 2, Marshall County, Illinois, Community Unit School District No. 4, Marshall County, Illinois, and C. W. Swanson, County Superintendent of Schools of Marshall County, Illinois, Plaintiffs-Appellees, v. Delbert Shirley, et al., and Dale Moore, County Superintendent of Schools of Woodford County, Illinois, Defendants-Appellants.

Gen. No. 65–75. (Abstract of Decision.)

Third District.

October 24, 1966.

Isadore I. Leiken, of Minonk, C. B. Ullrick, of Peoria, and B. H. Huschen, State's Attorney, of Eureka, for appellants; Black, Black & Borden, of Peoria, for appellees. Opinion by JUSTICE STOUDER. Not to be published in full.